644

William Handel, appellee, v. I. D. Opat, appellant.   Gen. No. 38,194.

Opinion filed February 11, 1936.

Alden, Latham & Young, for appellant; Carl R. Latham and Norman A. Korfist, of counsel.   Abrams, Sherman & Lewis, for appellee; Irving S. Abrams, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Thomas L. Leedom Company, appellant, v. William Slater, Jr., Inc., appellee.   Gen. No. 38,203.

Opinion filed February 11, 1936.

Teller, Levit, Silvertrust & Levi, for appellant; H. J. Goldberger, of counsel.   Mort D. & Frank Goldberg, for appellee; Lester L. Goldberg, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Martha Moore, appellee, v. Frank W. Brown, appellant.   Gen. No. 38,233.

Opinion filed February 11, 1936.

Ernest Stout, for appellant.   Landon L. Chapman, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Claribel Rubottom, appellee, v. Crane Company, appellant.   Gen. No. 38,254.

Opinion filed February 11, 1936.

Alden, Latham & Young, for appellant,   Krohn & MacDonald, for appellee; Stuart B. Krohn, of counsel.

Mr. Justice Friend delivered the opinion of the court.